B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>CENTRAL PARK ESTATES, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>5355-5359 State Route 42;<br>Village of South Fallsburg; Town of Fallsburg | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>SULLIVAN COUNTY<br>ZIP CODE<br>12779 ~~0036~~ | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
5355-5359 State Route 42; South Fallsburg, New York 12779

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☑ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.] |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __CENTRAL PARK EST/__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Mohamed Hussan t/a Lucky Contracti  07/23/2012 | NO ATTORNEY |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Mohamed Hussan 713 Church Avenue Brooklyn, NY 11218 | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mohamed Hussan t/a Lucky Contracting Co. | Contracting Services | 146,800.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
In re:                                    INVOLUNTARY CHAPTER 7

CENTRAL PARK ESTATES, LLC
                                          Case No.
              Debtor.
---------------------------------X

## INVOLUNTARY CHAPTER 7 PETITION

Petitioner, Mohamed Hussan d/b/a Lucky Contracting Co. respectfully alleges:

1. Petitioner Mohamed Hussan is a citizen of the State of New York, having offices at 713 Church Ave., Brooklyn, New York (the "Petitioning Creditor"), holding an unsecured claim against the Debtor, not contingent as to liability and not in dispute, amounting in aggregate to $146,800.00.

2. The nature of the claim is for monies due and owing by the debtor to the petitioning creditor for the providing material, goods and merchandise, services and monies for the betterments and improvements of debtor's property, furnished, supplied, installed, sold and delivered by the Petitioning Creditor to the Debtor and to the Debtor's tenants and occupants, and the amount of the claim is $146,800.00.

3. The Debtor has its principal place of business within the district for a longer of One Hundred Eighty (180) days preceding the filing of this Involuntary Petition than in any other district, to wit: the Debtor's address within the district is 5355-5359 State Route 42, Village of South Fallsburg, Town of Fallsburg, County of Sullivan, State of New York.

4. The Debtor is an entity against whom an Order for Relief may be entered under Title XI of the United States Bankruptcy Code.

5. The Debtor is generally not paying its debts as they become due and that the Creditors holding the claims are not contingent as to liability and not subject to bona fide disputes, and said claims amount in aggregate, in excess of any lien held by them on the Debtor's property securing such claims, at least, and exceeding $50,000.00 or more.

6. That Petitioner did present invoices and statements evincing the debt, and did demand payment, which was refused.

7. That upon information and belief, the Debtor does not have more than twelve (12) creditors.

8. That it is verily believed that a Chapter 7 is the only relief to be granted, and it is further verily believed that when all facts are known, it will be determined that no viable assets exists or the Debtor is not able to be rehabilitated.

WHEREFORE, the Petitioning Creditor prays that an Order for Relief be entered against the Debtor under Chapter 7 of Title 11 United States Code.

Dated:   Brooklyn, New York
         July 23, 2012

*[signature]*
Mohamed Hussan

UNSWORN DECLARATION

Mohamed Hussan, declares under penalty of law that the foregoing is true and accurate to the best of his knowledge, information, and belief.

Dated:   Brooklyn, New York
         July 23, 2012

_____
Mohamed Hussan

Case No.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF:

CENTRAL PARK ESTATES, LLC

Case No.

Debtor(s).

## INVOLUNTARY CHAPTER 7

**PETITION UNDER TITLE XI OF THE UNITED STATES BANKRUPTCY CODE**

Mohamed Hussan d/b/a Lucky Contracting Co.

Petitioning Creditor

713 Church Avenue

Brooklyn, New York 11218

1 718 436-2645