Blustein, Shapiro, Rich & Barone, LLP
Attorneys for VNB New York Corp.
10 Matthews Street
Goshen, New York 10924
Tel: (845) 291-0011
Burt J. Blustein, Esq. (9761)
Raymond P. Raiche. Esq. (1596)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-----------------------------------------------------------X
In Re:  Chapter 7 (Involuntary)
  Case No. 12-36868(CGM)

CENTRAL PARK ESTATES, LLC

                            Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2012, I electronically filed Application for Order Shortening Time with the Clerk of the Court using CM/ECF and through US Regular Mail and that service was perfected on all counsel of record and interested parties through these systems.

                                      By: /s/ Raymond P. Raiche_____
                                           Raymond P. Raiche, Esq. (1596)