UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
------------------------------------------------------------X
In Re:                                    Chapter 7 (Involuntary)
                                          Case No. 12-36868(CGM)
CENTRAL PARK ESTATES, LLC

                    Debtor.

------------------------------------------------------------X

## ORDER

On the application of Raymond P. Raiche, Esq. attorney for VNB New York Corp., for an Order to shorten the time within which to file a motion declaring the petition filed by Mohamed Hussan t/a Lucky Contracting Co., *Void Ab Initio*:

IT IS ORDERED, that the time within which the Secured Creditor VNB New York Corp., file their motion is shorted to filing of the motion by December 28, 2012, and service upon the Debtor Central Park Estates, LLC and Creditor Mohamed Hussan t/a/ Lucky Contracting Co. by January 2, 2013. Any opposition to the motion must be filed and received by the Court by January 4, 2013 at 5:00 pm.

Dated: Poughkeepsie, NY
       December 26, 2012

                              /s/ Cecelia G. Morris
                              Honorable Cecelia M. Morris
                               Chief United States Bankruptcy Judge